IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

OWEN SYLVESTER MCCOY,

    Petitioner,                                     No. CIV S-08-1104 EFB P

    vs.

D.K. SISTO,

    Respondent.                                    ORDER

_____/

      On February 3, 2010, the undersigned granted respondent's motion to dismissed, directed the Clerk to enter final judgment and issued a certificate of appealability. Judgment was entered accordingly.

      On September 16, 2010, petitioner filed a brief addressed to the U.S. Court of Appeals for the Ninth Circuit in this court. As the court stated in its June 22, 2006 order, any appeal from judgment must proceed in the Ninth Circuit, not in this court. Petitioner is once again advised that a filing in this court is not a filing in the Ninth Circuit.

      The court will issue no response to future filings by petitioner in this action not authorized by the Federal Rules of Civil Procedure or Federal Rules of Appellate Procedure.

      So ordered.

Dated: October 1, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE